UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EAGLES,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:20-cv-00514-LRH-WGC<br><br>ORDER |

In this habeas corpus action, the petitioner, Bryan Eagles, represented by appointed counsel, was due to pay the $5 filing fee for this action, or to file a new, complete application to proceed *in forma pauperis*, by December 3, 2020. *See* Order entered October 19, 2020 (ECF No. 8).

On December 4, 2020, Eagles filed a motion (ECF No. 9), requesting an extension of time to January 4, 2021, to pay the fee or file an *in forma pauperis* application. Respondents do not oppose the motion for extension of time. Eagles' counsel shows excusable neglect for filing the motion for extension of time one day after the due date (*see* LR IA 6-1), and Eagles shows good cause for the extension of time he requests.

///

///

///

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Unopposed Motion for Enlargement of Time *Nunc Pro Tunc* (ECF No. 9) is **GRANTED**. Petitioner will have until and including January 4, 2021, to pay the $5 filing fee for this action, or to file a new, complete application to proceed *in forma pauperis.*

DATED this 16th day of December, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE