UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EAGLES,<br><br>　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　Respondents. | Case No. 3:20-cv-00514-LRH-WGC<br><br>ORDER |

　　In this habeas corpus action, after an initial 45-day period, and a 32-day extension of time, the petitioner, Bryan Eagles, represented by appointed counsel, was due to pay the $5 filing fee for this action, or to file a new, complete application to proceed *in forma pauperis*, by January 4, 2021. *See* Order entered October 19, 2020 (ECF No. 8) (initial 45-day period); Order entered December 16, 2020 (32-day extension of time) (ECF No. 10).

　　On January 4, 2021, Eagles filed a motion (ECF No. 11), requesting an extension of time of 60 days, to March 5, 2021, to pay the fee or file an *in forma pauperis* application. Respondents do not oppose the motion for extension of time. Eagles shows good cause for the extension of time he requests.

　　**IT IS THEREFORE ORDERED** that Petitioner's Unopposed Motion for Enlargement of Time (ECF No. 11) is **GRANTED**. Petitioner will have until and including March 5, 2021, to pay the $5 filing fee for this action, or to file a new, complete application to proceed *in forma pauperis.*

　　DATED this 5th day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1