UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

BRYAN EAGLES,

    Petitioner,

    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:20-cv-00514-LRH-WGC

ORDER

    In this habeas corpus action, the petitioner, Bryan Eagles, represented by appointed counsel, has filed a motion for extension of time (ECF No. 13), requesting an 85-day extension of time, to April 14, 2021, to file an amended habeas petition. *See* Order entered October 19, 2020 (ECF No. 8). Eagles' counsel states that he seeks this extension of time, to April 14, 2021, because he believes the limitations period applicable to Eagles' habeas claims expires on that date, and he apparently wishes to have more time to further develop or add to Eagles' claims. This would be the first extension of this deadline. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

    The Court does not intend, by this order, to make any comment regarding the accuracy of Eagles' counsel's calculation of the date of expiration of the applicable limitations period, and the Court does not intend this order to affect, in any manner, the application of the statute of limitations in this case.

**IT IS THEREFORE ORDERED** that Petitioner's Unopposed Motion for Extension of Time (ECF No. 13) is **GRANTED**. Petitioner will have until and including April 14, 2021, to file his first amended petition. In all other respects (except regarding the deadline for payment of the filing fee or filing of a new, complete application to proceed *in forma pauperis*, which deadline is March 5, 2021), the schedule set forth in the order entered October 19, 2020 (ECF No. 8) will remain in effect.

DATED this 28th day of January, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE