UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EAGLES,<br><br>    Petitioner,<br><br>v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:20-cv-00514-LRH-WGC<br><br>**ORDER** |

In this habeas corpus action, the petitioner, Bryan Eagles, represented by appointed counsel, filed an amended petition for writ of habeas corpus (ECF No. 16) and supporting exhibits (ECF Nos. 17, 19) on April 14, 2021. On that date, Eagles also filed a motion (ECF No. 18) requesting a one-week extension of time, to April 21, 2021, to manually file an additional exhibit. Eagles' counsel states that, in part because of delay caused by the COVID-19 pandemic, his office was not able to prepare, file and serve the additional exhibit by the deadline for the amended petition. Respondents do not oppose the motion for extension of time.

The Court finds that Eagles' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will grant the motion for extension of time.

The time for Respondents to respond to the amended petition, under the scheduling order in the case, will remain unchanged by this order. *See* Order entered October 19, 2020 (ECF No. 8) (60 days for response to amended petition).

///

///

///

1

**IT IS THEREFORE ORDERED** that Petitioner's Unopposed Motion for Extension of Time to Manually File Exhibit in Support of Amended Petition (ECF No. 18) is **GRANTED**. Petitioner will have until and including April 21, 2021, to file further exhibits in support of his amended petition. In all other respects, the schedule set forth in the order entered October 19, 2020 (ECF No. 8) will remain in effect.

DATED this 15th day of April, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE