UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EAGLES, | Case No. 3:20-cv-00514-LRH-WGC |
| Petitioner, | |
| v. | **ORDER** |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Bryan Eagles, represented by appointed counsel, filed an amended petition for writ of habeas corpus (ECF No. 16) on April 14, 2021. The respondents were then due on June 14, 2021, to respond to Eagles' amended petition. *See* Order entered October 19, 2020 (ECF No. 8) (60 days for response).

On June 14, 2021, Respondents filed a motion for extension of time (ECF No. 22), requesting a 60-day extension of time to respond to Eagles' amended petition. Respondents' counsel states that the extension of time is necessary because of delay caused by the COVID-19 pandemic. This would be the first extension of this deadline. Petitioner does not oppose the motion for extension of time. The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for an extension of time.

The Court will extend the time for Respondents' response to the amended petition by 90 days, to September 13, 2021. The Court does so with the expectation that this will forestall the need for any further extension of this deadline.

///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS THEREFORE ORDERED** that Respondents' Motion for Enlargement of Time (ECF No. 22) is **GRANTED**. Respondents will have until and including September 13, 2021, to respond to the amended petition for writ of habeas corpus.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 19, 2020 (ECF No. 8) will remain in effect.

DATED this 15th day of June, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE