UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EAGLES, | Case No. 3:20-cv-00514-LRH-WGC |
| Petitioner, | |
| v. | **ORDER** |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

In this habeas corpus action, the petitioner, Bryan Eagles, represented by appointed counsel, filed an amended petition for writ of habeas corpus (ECF No. 16) on April 14, 2021. Respondents then filed a motion to dismiss (ECF No. 25) on September 13, 2021. After a 60-day initial period and a 60-day extension of time, Eagles was due to respond to the motion to dismiss by January 11, 2022. *See* Order entered October 19, 2020 (ECF No. 8) (60 days for response to motion to dismiss); Order entered November 16, 2021 (ECF No. 30) (60-day extension of time).

On January 10, 2022, Eagles filed a motion for extension of time (ECF No. 31), requesting a further 59-day extension of time—to March 11, 2022—to respond to the motion to dismiss. Eagles' counsel states that the extension of time is necessary because of the time needed to gather evidence relative to the motion to dismiss and delay caused by the COVID-19 pandemic. Respondents do not oppose the motion for extension of time. The Court finds that Eagles' motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

///

///

**IT IS THEREFORE ORDERED** that Petitioner's Motion for Extension of Time (ECF No. 31) is **GRANTED**. Petitioner will have until and including **March 11, 2022**, to respond to Respondents' motion to dismiss (ECF No. 25).

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 19, 2020 (ECF No. 8) will remain in effect.

DATED THIS 13th day of January, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE