UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EAGLES,<br><br>    Petitioner,<br><br>    v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>    Respondents. | Case No. 3:20-cv-00514-LRH-WGC<br><br>**ORDER** |

    In this habeas corpus action, Respondents filed a motion to dismiss (ECF No. 25) on September 13, 2021. Eagles filed an opposition to that motion on February 28, 2022 (ECF No. 34). Respondents are due to file a reply by March 30, 2022. *See* Order entered October 19, 2020 (ECF No. 8) (30 days for reply).

    On March 7, 2022—apparently unaware of the scheduling order giving them 30 days for a reply in support of their motion to dismiss (ECF No. 8)—Respondents filed a motion for extension of time (ECF No. 37), requesting an extension of time to April 21, 2022. That would be an extension of 22 days, not 45 days as Respondents characterize it. Respondents' counsel states that the extension of time is necessary because of her obligations in other cases. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

    **IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 37) is **GRANTED**. Respondents will have until and including **April 21, 2022**, to file a reply in support of their motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 19, 2020 (ECF No. 8) will remain in effect.

DATED THIS 8th day of March, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE