UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EAGLES,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WILLIAM REUBART, *et al.*,<br><br>　　　　Respondents. | Case No. 3:20-cv-00514-LRH-CSD<br><br>**ORDER** |

　　　　In this habeas corpus action, Respondents filed a motion to dismiss (ECF No. 25) on September 13, 2021. Eagles filed an opposition to that motion on February 28, 2022 (ECF No. 34). After a 30-day initial period, and a 22-day extension of time, Respondents were due to file a reply by April 21, 2022. *See* Order entered October 19, 2020 (ECF No. 8) (30 days for reply); Order entered March 8, 2022 (ECF No. 38) (22-day extension of time).

　　　　On April 21, 2022, Respondents filed a motion for extension of time (ECF No. 39), requesting a further 8-day extension of time, to April 29, 2022. Respondents' counsel states that the extension of time is necessary because of a personal matter and because of time taken to complete mandatory training. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

　　　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 39) is **GRANTED**. Respondents will have until and including **April 29, 2022**, to file a reply in support of their motion to dismiss.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 19, 2020 (ECF No. 8) will remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to pursuant to Federal Rule of Civil Procedure 25(d), William Reubart is substituted for William Gittere as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 26th day of April, 2022.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE