UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRYAN EAGLES,<br><br>　　　Petitioner,<br><br>　　v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>　　　Respondents. | Case No. 3:20-cv-00514-LRH-CSD<br><br>**ORDER** |

　　In this habeas corpus action, after a 90-day initial period, a 98-day extension of time, and a 74-day extension of time, the respondents were due to file their answer by January 27, 2023. *See* Order entered May 10, 2022 (ECF No. 42) (denying motion to dismiss and granting Respondents 90 days to file answer); Order entered August 9, 2022 (ECF No. 44) (98-day extension of time); Order entered November 14, 2022 (ECF No. 50) (74-day extension of time).

　　On January 27, 2023, Respondents filed a motion for extension of time (ECF No. 51), requesting a further 5-day extension of time, to February 1, 2023, to file their answer. On February 1, 2023, Respondents filed their answer (ECF No. 54), as contemplated in their motion for extension of time.

　　Respondents' counsel states that the 5-day extension of time was necessary because of her personal health issues. The Court will grant Respondents' motion for extension of time in the interests of justice.

　　**IT IS THEREFORE ORDERED** that Respondents' Motion for Extension of Time (ECF No. 51) is **GRANTED**. Respondents' Answer (ECF No. 54) will be treated as timely filed.

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered October 19, 2020 (ECF No. 8) will remain in effect.

**IT IS FURTHER ORDERED** that, pursuant to pursuant to Federal Rule of Civil Procedure 25(d), William Gittere is substituted for William Reubart, as the respondent warden. The Clerk of the Court is directed to update the docket to reflect this change.

DATED THIS 2nd day of February, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE