UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| BRYAN EAGLES, | Case No. 3:20-cv-00514-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Petitioner Bryan Eagles, who is represented by appointed counsel, filed a second amended habeas petition on May 13, 2025. (ECF No. 73.) Respondents were to file a response to the second amended petition by July 14. (ECF No. 72.) On July 14, Respondents filed a motion for extension of time, requesting a 60-day extension, to September 12. (ECF No. 74.) Respondents' counsel states that they need the extension of time because of obligations in other cases. Counsel represents that Eagles does not oppose the request. The Court finds that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension requested.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 74) is granted. Respondents will have until and including September 12, 2025, to file an answer or other response to Petitioner's second amended habeas petition.

DATED THIS 16th Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE