UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRYAN EAGLES,<br><br>                            Petitioner,<br><br>    v.<br><br>JEREMY BEAN, *et al.*,<br><br>                           Respondents. | Case No. 3:20-cv-00514-MMD-CSD<br><br>ORDER |

      In this habeas corpus action, Petitioner Bryan Eagles, who is represented by appointed counsel, filed a second amended habeas petition on May 13, 2025. (ECF No. 73.) After a 60-day initial period and a 60-day extension, Respondents were to file a response by September 12. (ECF Nos. 72, 75.) On September 12, Respondents filed a motion for extension of time, requesting a 45-day extension, to October 27. (ECF No. 76.) Respondents' counsel states that they need the extension of time because of other obligations and because of problems with the State's computer system. Counsel represents that Eagles does not oppose the request. The Court finds that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

      It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 76) is granted. Respondents will have until and including October 27, 2025, to file an answer or other response to Petitioner's second amended habeas petition.

      DATED THIS 18th Day of September 2025.

                                                                  MIRANDA M. DU<br>
                                                                  UNITED STATES DISTRICT JUDGE