UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BRYAN EAGLES,<br><br>　　　　　　　　Petitioner,<br><br>　　v.<br><br>JEREMY BEAN, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:20-cv-00514-MMD-CSD<br><br>ORDER |

　　In this habeas corpus action, Respondents filed a motion to dismiss on October 27, 2025. (ECF No. 79.) Petitioner Bryan Eagles, who is represented by appointed counsel, was to file a response to the motion to dismiss by December 26, 2025. (ECF No. 8.) On December 23, 2025, Eagles filed a motion for extension of time, requesting a 60-day extension, to February 24, 2026. (ECF No. 81.) Eagles's counsel states that they need the extension of time because of other obligations. Counsel represents that Respondents do not oppose the request. The Court finds that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

　　It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 81) is granted. Petitioner will have until and including February 24, 2026, to file a response to the motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered October 19, 2020 (ECF No. 8) will remain in effect.

　　DATED THIS 5th Day of January 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE