UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRYAN EAGLES, | Case No. 3:20-cv-00514-MMD-CSD |
| Petitioner, | ORDER |
| v. | |
| JEREMY BEAN, *et al.*, | |
| Respondents. | |

Before the Court is Respondents' Unopposed Motion for Enlargement of Time (ECF No. 86 ("Motion")) seeking an additional 60 days to file a response to Petitioner's Second Amended Petition. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that Respondent's Unopposed Motion for Enlargement of Time (ECF No. 86) is granted. Respondents have until and including August 21, 2026, to file a response to the Second Amended Petition.

DATED THIS 26th Day of June, 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE