UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BRYAN EAGLES,<br>Petitioner,<br>v.<br>JEREMY BEAN, *et al.*,<br>Respondents. | Case No. 3:20-cv-00514-MMD-CSD<br>ORDER |

Before the Court is Respondents' third Unopposed Motion for Enlargement of Time (ECF No. 90 ("Motion")) seeking an additional 45 days to file a response to Petitioner's Second Amended Petition. The Court finds the request is made in good faith and not solely for the purpose of delay, and therefore good cause exists to grant the motion. *See* Fed. R. Civ. P. 6(b)(1)(A); LR IA 6-1.

It is therefore ordered that Respondents' Unopposed Motion for Enlargement of Time (ECF No. 90) is granted. Respondents have until and including December 4, 2026, to file a response to the Second Amended Petition.

DATED THIS 19th Day of October 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE